**Law Offices of Mark Borden**
A Professional Corporation
145 S. Washington Street, Suite C
Sonora, California 95370
Telephone:  (209) 536-9535
Telephone:  (562) 438-0553
Facsimile:  (209) 536-9526
State Bar No:  79444

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | No. **06-3338** |
|---|---|
| Plaintiff, | STIPULATION RE: CONTINUATION OF ARRAIGNMENT |
| vs. | |
| ROBERT E. PETERSON | |
| Defendant. | |

The parties hereby stipulate to continue the arraignment currently set for September 26, 2006 to October 24, 2006 on the 10:00 A.M. calendar.

Dated: September 14, 2006              /s/ MARK BORDEN
                                        MARK BORDEN
                                        Attorney for Defendant
                                        ROBERT E. PETERSON


Date: September ___, 2006              /s/ ELIZABETH WALDO
                                        ELIZABETH WALDOW
                                        Legal Officer


**IT IS SO ORDERED**

_____
STIPULATION TO CONTINUE: FEDERAL
CALENDARED ☐

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

DATED: _____

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

JUDGE MAGISTRATE IT IS SO ORDERED.

**Dated:**   **September 25, 2006**          **/s/  William M. Wunderlich**
mmkd34                                      UNITED STATES MAGISTRATE JUDGE