# United States District Court

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ORDER OF DEFERRED ENTRY OF JUDGEMENT |
|---|---|
| V. | |
| Robert Peterson | CASE NUMBER: 6:06-mj-00169-WMW |

Having met the conditions of supervision, the Court hereby discharges the defendant from supervision and dismisses those proceedings under which supervision has been ordered.

IT IS SO ORDERED.

Dated:   November 8, 2007          /s/  William M. Wunderlich
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE